# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| ALLEN FINKELSON | SUSAN WEBSTER | | THOMAS E. DUNN | CRAIG F. ARCELLA |
| STUART W. GOLD | DAVID MERCADO | | MARK I. GREENE | TEENA-ANN V. SANKOORIKAL |
| JOHN W. WHITE | ROWAN D. WILSON | | SARKIS JEBEJIAN | ANDREW R. THOMPSON |
| EVAN R. CHESLER | CHRISTINE A. VARNEY | | DAVID R. MARRIOTT | DAMIEN R. ZOUBEK |
| MICHAEL L. SCHLER | PETER T. BARBUR | | MICHAEL A. PASKIN | LAUREN ANGELILLI |
| RICHARD LEVIN | SANDRA C. GOLDSTEIN | | ANDREW J. PITTS | TATIANA LAPUSHCHIK |
| KRIS F. HEINZELMAN | THOMAS G. RAFFERTY | | MICHAEL T. REYNOLDS | ERIC L. SCHIELE |
| B. ROBBINS KIESSLING | MICHAEL S. GOLDMAN | | ANTONY L. RYAN | ALYSSA K. CAPLES |
| ROGER D. TURNER | RICHARD HALL | | GEORGE E. ZOBITZ | JENNIFER S. CONWAY |
| PHILIP A. GELSTON | JULIE A. NORTH | | GEORGE A. STEPHANAKIS | MINH VAN NGO |
| RORY O. MILLSON | ANDREW W. NEEDHAM | | DARIN P. MCATEE | KEVIN J. ORSINI |
| RICHARD W. CLARY | STEPHEN L. BURNS | | GARY A. BORNSTEIN | MATTHEW MORREALE |
| WILLIAM P. ROGERS, JR. | KEITH R. HUMMEL | | TIMOTHY G. CAMERON | |
| JAMES D. COOPER | DANIEL SLIFKIN | | KARIN A. DEMASI | |
| STEPHEN L. GORDON | JEFFREY A. SMITH | | LIZABETHANN R. EISEN | |
| DANIEL L. MOSLEY | ROBERT I. TOWNSEND, III | | DAVID S. FINKELSTEIN | SPECIAL COUNSEL |
| PETER S. WILSON | WILLIAM J. WHELAN, III | | DAVID GREENWALD | SAMUEL C. BUTLER |
| JAMES C. VARDELL, III | SCOTT A. BARSHAY | | RACHEL G. SKAISTIS | GEORGE J. GILLESPIE, III |
| ROBERT H. BARON | PHILIP J. BOECKMAN | | PAUL H. ZUMBRO | |
| KEVIN J. GREHAN | ROGER G. BROOKS | | JOEL F. HEROLD | |
| STEPHEN S. MADSEN | WILLIAM V. FOGG | | ERIC W. HILFERS | |
| C. ALLEN PARKER | FAIZA J. SAEED | | GEORGE F. SCHOEN | OF COUNSEL |
| MARC S. ROSENBERG | RICHARD J. STARK | | ERIK R. TAVZEL | PAUL C. SAUNDERS |

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1922

October 14, 2011

*Norges Bank v. Merck & Co., Inc., et al.*,
No. 07-cv-04021

*Deka Investment GmbH, et al. v. Merck & Co., Inc., et al.*,
No. 07-cv-04022

*Union Asset Management Holding AG, et al. v. Merck & Co., Inc., et al.*,
No. 07-cv-04023

*AFA Livförsäkringsaktiebolag, et al. v. Merck & Co., Inc., et al.*,
No. 07-cv-04024

*Allianz Global Investors Kapitalanlagegesellschaft MbH, et al. v. Merck & Co., Inc., et al.*,
No. 07-cv-04451

*DWS Investment GmbH, et al. v. Merck & Co., Inc., et al.*,
No. 07-cv-04546

Dear Judge Chesler:

   I write to request my withdrawal as attorney for Defendants (other than Dr. Scolnick) in the above-referenced actions as I have not been involved in these matters before the District Court since 2007 at the latest. Please direct the Clerk to remove my name from the court dockets and from any further electronic notifications related to these actions. The remaining counsel from our firm who have appeared in

these matters will continue to represent Defendants, and no hardship will be caused by my withdrawal.

Respectfully submitted,

David Greenwald

Honorable Stanley R. Chesler, U.S.D.J.
   United States District Court for the District of New Jersey
      Martin Luther King, Jr. Federal Building & U.S. Courthouse
         50 Walnut Street
            Newark, NJ 07101

VIA CM/ECF

cc:    All Counsel of Record via CM/ECF