| | |
|---|---|
| **GRANT & EISENHOFER P.A.**<br>Jay W. Eisenhofer<br>Geoffrey C. Jarvis<br>Jeff A. Almeida<br>485 Lexington Avenue, 29th Floor<br>New York, New York 10017<br>T:  (646) 722-8500<br>F:  (646) 722 8501 | **MOTLEY RICE LLC**<br>Ann K. Ritter<br>28 Bridgeside Boulevard<br>Mt. Pleasant, South Carolina 29464<br>T:  (843) 216-9000<br>F:  (843) 216-9450 |
| **STURMAN LLC**<br>Deborah Sturman<br>275 Seventh Avenue, 2nd Floor<br>New York, New York 10001<br>T:  (212) 367-7017<br>F:  (917) 546-2544 | **SAIBER LLC**<br>Jeffrey W. Lorell<br>Marc E. Wolin<br>18 Columbia Turnpike, Suite 200<br>Florham Park, New Jersey 07932<br>T:  (973) 622-3333<br>F:  (973) 622-3349 |

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PIONEER INVESTMENTS KAPITALANLAGEGESELLSCHAFT mbH, WIENER STÄDTISCHE VERSICHERUNG AG VIENNAINSURANCE GROUP, and LANDESBANK BERLIN INVESTMENT GmbH,<br><br>      Plaintiffs,<br><br>      v.<br><br>MERCK & CO., INC., RAYMOND V. GILMARTIN, JUDY C. LEWENT, ALISE S. REICIN, KENNETH C. FRAZIER, EDWARD M. SCOLNICK, DAVID W. ANSTICE, and PETER S. KIM,<br><br>      Defendants. | Case No. 2:07-cv-04546-SRC<br><br>**CERTIFICATE OF SERVICE** |

**JEFFREY W. LORELL**, hereby certifies that on October 21, 2011, I caused the foregoing Amended Complaint to be electronically filed with the United States District Court for

{00691342.DOC}

the District of New Jersey using the USDC CM/ECF system which will send notification of such filing to all counsel registered to receive such notice.

Dated:  October 21, 2011                                          */s Jeffrey W. Lorell*